UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Pasquale S. Politano, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>Building Technology Engineers, Inc. )<br>and National Conference of Firemen )<br>and Oilers, SEIU, Local Union No. 3 )<br>of Boston, )<br>)<br>      Defendants. )<br>_____) | C.A. No. 05-11109-WGY<br>(Vincent F. O'Rourke, Jr. BBO# 380335) |

<b><u>NOTICE OF APPEARANCE</u></b>

Kindly enter my appearance as counsel for Building Technology Engineers, Inc.

Respectfully Submitted,

*/s/ V. J. O'Rourke*
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone No.: (508) 926-3424
Facsimile No. (508) 929-3035

Dated: July 20, 2005