UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Pasquale S. Politano,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Building Technology Engineers, Inc.** )<br>**and National Conference of Firemen** )<br>**and Oilers, SEIU, Local Union No. 3** )<br>**of Boston,** )<br>)<br>**Defendants.** )<br>_____ ) | C.A. No. 05-11109-WGY<br>(Vincent F. O'Rourke, Jr. BBO# 380335) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendant **Building Technology Engineers, Inc.** ("BTE"), via its undersigned counsel, identifies the following parent corporations of BTE, including any publicly held parent corporation:

1. Defendant BTE is a subsidiary of EMCOR Facilities Services, Inc.

2. EMCOR Facilities Services, Inc. is held by MES Holdings Corporation.

3. MES Holdings Corporation is held by EMCOR Group, Inc., which is publicly traded.

Dated: July 20, 2005

                                             BUILDING TECHNOLOGY ENGINEERS, INC.

                                             Respectfully submitted,

                                             /s/ V. F. O'Rourke
                                             Vincent F. O'Rourke, Jr. BBO# 380335
                                             Bowditch & Dewey, LLP
                                             311 Main Street, P.O. Box 15156
                                             Worcester, MA 01615-0156
                                             508-926-3424

<u>Of Counsel:</u>

Gerald S. Hartman D.C. Bar No. 168484
Gregory W. Homer D.C. Bar No. 291922
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, DC  20005
202-842-8800