UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
PASQUALE S. POLITANO,            )
         Plaintiff            )
                              )
         v.                   )   CIVIL ACTION NO. 05-11109-WGY
                              )   (Ira Sills, BBO# 462220)
BUILDING TECHNOLOGY ENGINEERS,)
INC. and NATIONAL CONFERENCE OF )
FIREMEN AND OILERS, SEIU, LOCAL  )
UNION NO. 3 OF BOSTON,           )
         Defendants           )
_____)

## NOTICE OF APPEARANCE

      Kindly enter my appearance as counsel for National Conference of Firemen and Oilers, SEIU Local Union No. 3.

                                                           Respectfully Submitted,

                                                         ____/s/ Ira Sills_____
                                                         Ira Sills BBO# 462220
                                                         Segal, Roitman and Coleman
                                                         11 Beacon Street
                                                         Suite 500
                                                         Boston, MA 02108
                                                         (617) 742-0208

Dated July 22, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of July, 2005, a copy of the Notice of Appearance in the above-captioned matter was served by first-class mail, postage prepaid, upon counsel for Plaintiff, Frank J. Teague, Esq., One Liberty Square, 4th Floor, Boston, Massachusetts 02109.

                                                          ____/s/ Ira Sills_____
                                                        Ira Sills, Esq.