UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
PASQUALE S. POLITANO,           )
        Plaintiff               )
                                )
        v.                      )   CIVIL ACTION NO. 05-11109-WGY
                                )   (Rachel E. Rosenbloom, BBO# 655318)
BUILDING TECHNOLOGY ENGINEERS,  )
INC. and NATIONAL CONFERENCE OF )
FIREMEN AND OILERS, SEIU, LOCAL )
UNION NO. 3 OF BOSTON,          )
        Defendants              )
_____ )
```

**NOTICE OF APPEARANCE**

Kindly enter my appearance as counsel for National Conference of Firemen and Oilers, SEIU Local Union No. 3.

Respectfully Submitted,

　　/s/ Rachel E. Rosenbloom
Rachel E. Rosenbloom, BBO# 655318
Segal, Roitman and Coleman
11 Beacon Street
Suite 500
Boston, MA 02108
(617) 742-0208

Dated July 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2005, a copy of the Notice of Appearance in the above-captioned matter was served by first-class mail, postage prepaid, upon counsel for Plaintiff, Frank J. Teague, Esq., One Liberty Square, 4th Floor, Boston, Massachusetts 02109.

　　/s/ Rachel E. Rosenbloom
　　Rachel E. Rosenbloom, Esq.