## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Pasquale S. Politano, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-11109-WGY |
| | ) | (Vincent F. O'Rourke, Jr. BBO# 380335) |
| v. | ) | |
| | ) | |
| Building Technology Engineers, Inc. | ) | |
| and National Conference of Firemen | ) | |
| and Oilers, SEIU, Local Union No. 3 | ) | |
| of Boston, | ) | |
| | ) | |
| Defendants. | ) | |

## ASSENTED-TO MOTION FOR ADMISSION
## OF GREGORY W. HOMER *PRO HAC VICE*

I, Vincent F. O'Rourke, Jr. hereby move pursuant to Local Rule 83.5.3(b) that Gregory W. Homer be admitted to appear in this matter *pro hac vice* on behalf of Defendant Building Technologies Engineers, Inc.

1.      I am a member of the Bar of the United States District Court for the District of Massachusetts and have previously filed my appearance in this matter as counsel for Defendant Building Technologies Engineering, Inc.

2.      Attorney Homer is a partner in the law firm of Drinker, Biddle & Reath, LLP, and is currently representing the Defendant Building Technologies Engineers, Inc. in proceedings before the Massachusetts Commission Against Discrimination with respect to related proceedings brought by the Plaintiff in this matter.

3.      Attorney Homer is a member in good standing of the Bars of the District of Columbia, the Commonwealth of Pennsylvania and the United States Supreme Court.

4.      Attorney Homer has not been denied admission to or disciplined by this Court or any other court and is a member in good standing in every court to which he has been admitted.

5.      Attorney Homer is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.      An Affidavit attesting to the above is being filed with this motion by Attorney Homer.

7.      I have conferred with Plaintiff's attorney, Attorney Frank Teague, and with Attorney Ira Sills, the attorney for the Co-Defendants, and both have assented to this Motion.

8.      A check in the amount of $50.00 accompanies this motion.

WHEREFORE, I request this Court to enter an order admitting Attorney Homer to appear on behalf of Defendant Building Technologies Engineers, Inc. *pro hac vice*.

Respectfully Submitted,

Vincent F. O'Rourke, Jr. (BBO# 380835)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone No.: (508) 926-3424
Facsimile No. (508) 929-3035

Dated: August 19, 2005

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Pasquale S. Politano, | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 05-11109-WGY** |
| | ) | |
| v. | ) | |
| | ) | |
| **Building Technology Engineers, Inc.** | ) | |
| **and National Conference of Firemen** | ) | |
| **and Oilers, SEIU, Local Union No. 3** | ) | |
| **of Boston,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AFFIDAVIT OF GREGORY W. HOMER

I, Gregory W. Homer, depose and state as follows:

1.      I am a partner in the law firm of Drinker, Biddle & Reath, LLP, 1500 K Street, N.W., Washington, D.C. 20005-1209.

2.      Defendant Building Technology Engineers, Inc. has retained the law firm of Drinker, Biddle & Reath, LLP, to defend the claims brought against it by the Plaintiff in this action.  The law firm of Drinker, Biddle & Reath, LLP is currently representing Building Technology Engineers, Inc. in connection with related proceedings brought by the Plaintiff before the Massachusetts Commission Against Discrimination.

3.      I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Pennsylvania and of the United States Supreme Court.

4.     I have not been denied admission to or disciplined by this Court or any other Court and am in good standing in all Courts in which I am admitted.

Signed under the pains and penalties of perjury this 15th day of August, 2005.

_____
Gregory W. Horner, Esquire