UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
PASQUALE S. POLITANO,                )
         Plaintiff            )
                              )
         v.                   )    CIVIL ACTION NO. 05-11109-WGY
                              )
BUILDING TECHNOLOGY ENGINEERS,)
INC. and NATIONAL CONFERENCE OF  )
FIREMEN AND OILERS, SEIU, LOCAL   )
UNION NO. 3 OF BOSTON,             )
         Defendants .         )
_____)


LOCAL RULE 16.1(d)(3) CERTIFICATION

Defendant National Conference of Firemen and Oilers, Local 3, NFCO, SEIU, and its counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Michael Byrnes, for National Conference of Firemen and Oilers, Local 3, NFCO, SEIU | Ira Sills, Esq. BBO # 462220 <br> Rachel E. Rosenbloom, Esq. BBO # 655318 <br> **SEGAL, ROITMAN & COLEMAN** <br> 11 Beacon Street, Suite 500 <br> Boston, MA 02108 <br> (617) 742-0208 |

Dated: September 12, 2005

1