UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Pasquale S. Politano,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**Building Technology Engineers, Inc.** )<br>**and National Conference of Firemen** )<br>**and Oilers, SEIU, Local Union No. 3** )<br>**of Boston,** )<br>)<br>   **Defendants.** ) | C.A. No. 05-11109-WGY<br>(Vincent F. O'Rourke, Jr. BBO# 380335) |

**DEFENDANT BUILDING TECHNOLOGY ENGINEERS, INC.'S**
**CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**

We hereby certify that we have conferred regarding (1) a budget for the costs of defending the full course, and various alternative courses, of the litigation; and (2) the use of alternative dispute resolution to resolve the litigation.

BUILDING TECHNOLOGY ENGINEERS, INC.

By:    /s/
Anthony Triano, Executive Vice President

For    BTE's Attorneys:

     /s/
Gregory W. Homer (D.C. Bar No. 291922)
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, DC 20005
Tel. No. (202) 842-8800

     /s/
Vincent F. O'Rourke, Jr. (BBO# 380335)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel. No.: (508) 791-3511

Date: September 12, 2005

{J:\CLIENTS\lit\304870\0001\pleadings\00580932.DOC;1}