UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PASQUALE S. POLITANO,<br>    Plaintiff,<br><br>v.<br><br>BUILDING TECHNOLOGY<br>ENGINEERS, INC. and NATIONAL<br>CONFERENCE OF FIREMEN AND<br>OILERS, SEIU, LOCAL UNION NO. 3<br>OF BOSTON,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 05-11109-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned Plaintiff Pasquale S. Politano and counsel hereby affirm that they have conferred pursuant to Local Rule 16.1(D)(3) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Pasquale S. Politano

_____
Frank J. Teague, Esquire, BBO#493780
Attorney for Plaintiff
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA 02109
617-350-7700

Dated: Sept. 14, 2005