UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PASQUALE S. POLITANO,<br>     Plaintiff,<br><br>v.<br><br>BUILDING TECHNOLOGY<br>ENGINEERS, INC. and NATIONAL<br>CONFERENCE OF FIREMEN AND<br>OILERS, SEIU, LOCAL UNION NO. 3<br>OF BOSTON,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11109-WGY<br>)<br>)<br>)  YOUNG, D.J., *as modified*<br>)  So ordered as the case managem<br>)  scheduling order. *Aug 30, 2006*<br>)        Discovery due _____<br>)        Dispositive Motions due *May* *2006*<br>)<br>)  *William G. Young*<br>)  U.S. District Judge<br>)  *Sept 26, 2005* |

AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to the Court's Notice of Scheduling Conference and Local Rule 16.1(D), the parties hereby state as follows:

I.   PROPOSED PRE-TRIAL SCHEDULE AND DISCOVERY PLAN

   A.   Initial Disclosures Pursuant to Rule 26(a)(1), F.R.Civ.P.

      --October 3, 2005

   B.   Deadline to File Motion for Leave to File an Amended Pleading.

      --December 5, 2005

   C.   End of First Phase Discovery (Service of Interrogatories, Requests for Producti of Documents, Requests for Admission and Depositions).

      -- March 31, 2006

   D.   Dispositive Motions.

--Filing of Dispositive Motions-May 15, 2006.

--Oppositions to Dispositive Motions-May 31, 2006

--Replies to Oppositions to Dispositive Motions- June 15, 2006

E.     Expert Disclosure

To save time and expense, and in light of the fact that the only potential experts in this case would pertain to economic damages the Parties propose that expert discovery deadlines be set for a second phase of discovery, after the Court's ruling on summary judgment, as such discovery may not be necessary. The parties propose the following deadlines.

        i.     Expert witnesses on the issues of damages shall be designated and repo[rts] produced by Plaintiff by June 30, 2006, and Defendant shall designate expe[rt] witnesses and produce reports within 30 days thereafter as contemplated [by] Fed.R.Civ.P. 26(b)(4)(A)(1); designation of experts shall include provision of a[ll] information required by Federal Rules of Civil Procedure and/or Local Rules [of] the District of Massachusetts; any expert depositions shall be completed within [__] days of Defendants' expert designation.

F.     Final Pre-Trial Conference as scheduled by the Court.

II.     <u>SIGNED CERTIFICATIONS UNDER LOCAL RULE 16.1</u>

The Parties' Rule 16.1 Certifications will be filed separately.

III.     <u>TRIAL BY MAGISTRATE JUDGE</u>

At this time, the parties do not consent to a trial by Magistrate Judge.

/S/
Frank J. Teague, Esq., BBO#493780
Attorney for Plaintiff
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA 02109
(617) 350-7700

/S/
Gregory W. Homer, Esq.
Attorney for Defendant Building
Technology Engineers, Inc.
Drinker, Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
(202) 842-8800

/S/
_____
Ira Sills, Esq., BBO#462220
Attorney for Defendant National Conference
Of Firemen and Oilers, SEIU, Local Union
No. 2 of Boston
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208

/S/
_____
Vincent F. O'Rourke, Jr., Esq. BBO#38033
Attorney for Defendant Building
Technology Engineers, Inc.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3424