UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PASQUALE S. POLITANO,            )
    Plaintiff,                  )
                                 )
v.                               )   CIVIL ACTION NO. 05-11109-WGY
                                 )
BUILDING TECHNOLOGY              )
ENGINEERS, INC. and NATIONAL     )
CONFERENCE OF FIREMEN AND        )
OILERS, SEIU, LOCAL UNION NO. 3  )
OF BOSTON,                       )
    Defendants                  )
                                 )

## SECOND AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

At the Scheduling Conference on September 19, 2001, Counsel for the parties agreed to amend Section I. C. of the Amended Joint Statement filed on September 19, 2005, to clarify that the end of First Phase Discovery shall include Service of Answers to Interrogatories and Responses to Requests for Production of Documents and Requests for Admissions. There are no other changes to the Amended Joint Statement. Pursuant to the Court's Notice of Scheduling Conference and Local Rule 16.1(D), the parties hereby state as follows:

I.    PROPOSED PRE-TRIAL SCHEDULE AND DISCOVERY PLAN

    A.    Initial Disclosures Pursuant to Rule 26(a)(1), F.R.Civ.P.

        --October 3, 2005

    B.    Deadline to File Motion for Leave to File an Amended Pleading.

        --December 5, 2005

    C.    End of First Phase Discovery (Service of Answers to Interrogatories, Responses to Requests for Production of Documents, Responses to Requests for Admission and Depositions).

        -- March 31, 2006

D.      Dispositive Motions.

        --Filing of Dispositive Motions-May 15, 2006.

        --Oppositions to Dispositive Motions-May 31, 2006

        --Replies to Oppositions to Dispositive Motions- June 15, 2006

E.      Expert Disclosure

To save time and expense, and in light of the fact that the only potential experts in this case would pertain to economic damages the Parties propose that expert discovery deadlines be set for a second phase of discovery, after the Court's ruling on summary judgment, as such discovery may not be necessary. The parties propose the following deadlines.

        i.      Expert witnesses on the issues of damages shall be designated and reports produced by Plaintiff by June 30, 2006, and Defendant shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A)(1); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of Defendants' expert designation.

F.      Final Pre-Trial Conference as scheduled by the Court.

II.      SIGNED CERTIFICATIONS UNDER LOCAL RULE 16.1

The Parties' Rule 16.1 Certifications will be filed separately.

III.      TRIAL BY MAGISTRATE JUDGE

At this time, the parties do not consent to a trial by Magistrate Judge.

| /S/ | /S/ |
|---|---|
| Frank J. Teague, Esq., BBO#493780 | Gregory W. Homer, Esq. |
| Attorney for Plaintiff | Attorney for Defendant Building |
| Frank J. Teague & Associates | Technology Engineers, Inc. |
| One Liberty Square, 4th Floor | Drinker, Biddle & Reath LLP |
| Boston, MA 02109 | 1500 K Street, N.W., Suite 1100 |
| (617) 350-7700 | Washington, D.C. 20005 |
| | (202) 842-8800 |

| /S/ | /S/ |
|---|---|
| Ira Sills, Esq., BBO#462220 | Vincent F. O'Rourke, Jr., Esq. BBO#380335 |
| Attorney for Defendant National Conference | Attorney for Defendant Building |
| Of Firemen and Oilers, SEIU, Local Union | Technology Engineers, Inc. |
| No. 2 of Boston | Bowditch & Dewey, LLP |
| Segal, Roitman & Coleman | 311 Main Street |
| 11 Beacon Street, Suite 500 | P.O. Box 15156 |
| Boston, MA 02108 | Worcester, MA 01615-0156 |
| (617) 742-0208 | (508) 926-3424 |