# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Pasquale S. Politano, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-11109-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| Building Technology Engineers, Inc. | ) | |
| and National Conference of Firemen | ) | |
| and Oilers, SEIU, Local Union No. 3 | ) | |
| of Boston, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

### Defendant Building Technology Engineers, Inc.'s
### Motion For Summary Judgment

Pursuant to Rule 56, F. R. Civ. P., Defendant Building Technology Engineers, Inc.

("BTE" or the "Company") hereby requests that summary judgment be entered in its

favor, dismissing the claims of Plaintiff Pasquale "Pat" Politano in their entirety.

Defendant BTE's Motion is predicated upon the accompanying Statement Of Material

Uncontested Facts And Memorandum Supporting Its Motion For Summary Judgment,

and the Declaration of Gregory W. Homer, Esq., to which are appended the Exhibits cited

in the Statement Of Material Uncontested Facts And Memorandum.

Dated: May 15, 2006                    Respectfully submitted,


                                        /s/ Vincent F. O'Rourke, Jr.
                                       Vincent F. O'Rourke, Jr. BBO# 380335
                                       Bowditch & Dewey
                                       311 Main Street
                                       P.O. Box 15156
                                       Worcester, MA 01615-0156
                                       508- 926-3424

Gerald S. Hartman D.C. Bar No. 168484
Gregory W. Homer D.C. Bar No. 291922
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, DC  20005
202-842-8800


Attorneys for Defendant BTE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of May, 2006, a copy of Defendant BTE's

Motion For Summary Judgment, with appended Supporting Memorandum, Declaration

of Gregory Homer, Esq. and Exhibits, was served by electronic filing upon the following

attorney for the Plaintiff:

Frank J. Teague, Esq.
One Liberty Square
4th floor
Boston, MA 02109

and upon the following attorney for the co-defendant Union:

Ira Sills, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA

                /s/ Vincent F. O'Rourke, Jr.
                Vincent F. O'Rourke, Jr.