# Exhibit 3

# Human Resources Action Request

## Action Type

- [ ] New Hire *
- [ ] Rehire **
- [ ] Transfer ***
- [ ] Transition
- [ ] Rate Change
- [ ] Position Change
- [ ] Merit Increase
- [ ] Auto Allowance
- [ ] Leave of Absence
- [ ] Labor Allocation
- [ ] Separation
- [ ] Commission/Bonus Payout
- [x] Suspension

## Employee Information (SECTION A)

| Field | Value |
|---|---|
| Employee # (1) | 111708 |
| Last Name (2) | Politano |
| First Name (3) | Pasquale |
| MI (4) | |
| SSN (5) | 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 |
| Address (6) | 50 Fiske Street |
| City (7) | Revere |
| State (8) | MA |
| Zip (9) | 02151 |
| Home Phone (10) | 781-284-9172 |
| Original Hire Date (11) | 11/11/85 |
| Date Started (12) | 11/11/85 |
| Date Pay Starts (13) | |
| Date of Birth (14) | 12/6/47 |

## Organizational and Worksite Information (SECTION B)

| Field | Value |
|---|---|
| Transfer (15) | [ ] |
| Home BU (16) | |
| Supervisor (17) | |
| Job Title (18) | Maintenance Technician - 1 |
| Shift Code (19) | [ ] 1st [ ] 2nd [x] 3rd |
| Home Company (20) | BTE |
| Security BU (21) | FLD |
| Work Phone (22) | 617-236-3700 |
| Cell Phone (23) | |
| Work Fax (24) | |
| Union Employee (25) | [x] Yes [ ] No |
| Union (26) | Local 3 |
| Position ID (27) | |
| Job Site Address (28) | 800 Boylston Street |
| City (29) | Boston |
| Officer (30) | [ ] Non Officer [ ] Officer |
| Region (31) | East |
| Client Region (32) | North East |
| Required to Drive (33) | [ ] Yes [x] No |
| Type of Driver (34) | Choose from List |
| State (35) | MA |
| Zip (36) | 02199 |

## Basic Compensation (SECTION C)

| Employment Status (37) | Transition (38) | Pay Class (39) | Pay Rate (40) | Bonus Eligible (41) | Commission Eligible (42) |
|---|---|---|---|---|---|
| [x] Full Time Regular<br>[ ] Part Time Regular<br>[ ] Part Time < 30<br>[ ] Expatriate<br>[ ] Full Time Temporary<br>[ ] Part Time Temporary | Rollover  Amount<br>[ ] Vacation<br>[ ] Sick<br>[ ] Other | [x] Hourly/Non-Exempt<br>[ ] Salaried/Exempt | $<br>[ ] Hourly<br>[ ] Annually<br>Reason<br>Choose From List | [ ] Yes [x] No<br>Target Amount<br>$<br>% | [ ] Yes [x] No<br>Commission Plan |
| | | Pay Frequency (43)<br>[x] Weekly<br>[ ] Bi-Weekly | Auto Allowance (44)<br>$ /Mo.<br>[ ] Billable<br>[ ] Non Billable | Other Misc. Pay (45)<br>[ ] Yes [x] No | Std Hours Per Pay (46) |

## Employee Billable Rates (SECTION D) — For additional lines, attach a separate sheet indicating the same information.

| Job Name (47) | Job # (48) | # Of Hours Per Week (49) | Bill Rate Reg (50) | Bill Rate OT (51) | Bill Rate DT (52) | Hours Worked or Paid Agreement (53) |
|---|---|---|---|---|---|---|
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |

## Commission/Bonus Payout (SECTION E) / Merit Increase (SECTION F)

| Amount (54) | [ ] Billable [ ] Non Billable | Payment Date (55) | Performance Evaluation Date (56) | Performance Evaluation Score (58) |
|---|---|---|---|---|
| Commission/Bonus Type (56)<br>[ ] Net<br>[ ] Gross | Commission/Bonus Reason (57)<br>[ ] Performance<br>[ ] One-Time | [ ] Agreement<br>[ ] Other | Merit Increase % (60)<br>%<br>Increase Effective Date (61) | New Pay Rate (62)<br>$<br>[ ] Hourly<br>[ ] Annually | New Bill Rate (63)<br>$<br>[ ] Hourly<br>[ ] Annually |

## Leave of Absence (SECTION G) / Separation (SECTION H) / Suspension (SECTION I)

| Type of Leave (64)<br>[ ] Personal<br>[ ] Medical<br>[ ] Military | [ ] Workers Comp<br>[ ] Other ___ | Leave Begin Date (65) | Separation Reason (68)<br>Customer Asked Off Site<br>Separation Type (69)<br>[ ] Voluntary<br>[x] Involuntary | Suspension Reason (71)<br>Choose from List<br>Suspension Type (72)<br>[ ] Paid<br>[ ] Unpaid |
|---|---|---|---|---|
| Anticipated Return Date (66) | Actual Return Date (67) | Separation/Suspension Date (70)<br>8/17/04 | Date Pay Stops (73)<br>8/16/04 | Vacation Hrs to Pay (74)<br>TBD |

Comments: (75)

---

\* *Please complete the Supplemental Earnings form*
\*\* *Requires Offer Letter Requisition*
\*\*\* *Requires Approval Request to Transfer Form*

REV 7/27/04

POL007

| Approvals and Authorizations (SECTION J) | | |
|---|---|---|
| Approved By<br>Signature<br>Printed Name & Title<br>__Ken Stack, Account Manager__<br>Today's Date<br>8/17/04 | Approved By<br>Signature<br>Printed Name & Title<br><br>Today's Date | HR Acknowledgement<br>Signature<br>Printed Name & Title<br><br>Today's Date |

Cc: Pam Knight (HR), Your assigned Billing Specialist

# Human Resources Action Request

EMCOR / Building Technology Engineers

**Action Type:**
- [ ] New Hire **
- [ ] Rehire **
- [ ] Transfer ***
- [ ] Transition
- [ ] Rate Change
- [ ] Position Change
- [ ] Merit Increase
- [ ] Auto Allowance
- [ ] Leave of Absence
- [ ] Labor Allocation
- [x] Separation
- [ ] Commission/Bonus Payout
- [x] Suspension

## Employee Information (SECTION A)

| Employee # (1) | Last Name (2) | First Name (3) | MI (4) | SSN (5) |
|---|---|---|---|---|
| 111708 | Politano | Pasquale | | 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 |

| Address (6) | City (7) | State (8) | Zip (9) | Home Phone (10) |
|---|---|---|---|---|
| 50 Fiske Street | Revere | MA | 02151 | 781-284-8172 |

| Original Hire Date (11) | Date Started (12) | Date Pay Starts (13) | Date of Birth (14) |
|---|---|---|---|
| 11/11/85 | 11/11/85 | | 12/6/47 |

## Organizational and Worksite Information (SECTION B)

| Transfer (15) | Home BU (16) | Supervisor (17) | Job Title (18) | Shift Code (19) |
|---|---|---|---|---|
| [ ] | | | Maintenance Technician - 1 | [ ] 1st [ ] 2nd [x] 3rd |

| Home Company (20) | Security BU (21) | Work Phone (22) | Cell Phone (23) | Work Fax (24) |
|---|---|---|---|---|
| BTE | FLD | 617-236-3700 | | |

| Union Employee (25) | Union (26) | Position ID (27) | Job Site Address (28) | City (29) |
|---|---|---|---|---|
| [x] Yes [ ] No | Local 3 | | 800 Boylston Street | Boston |

| (30) | Region (31) | Client Region (32) | Required to Drive (33) | Type of Driver (34) | State (35) | Zip (36) |
|---|---|---|---|---|---|---|
| [ ] Non Officer [ ] Officer | East | North East | [ ] Yes [x] No | Choose from List | MA | 02199 |

## Basic Compensation (SECTION C)

| Employment Status (37) | Transition (38) | Pay Class (39) | Pay Rate (40) | Bonus Eligible (41) | Commission Eligible (42) |
|---|---|---|---|---|---|
| [x] Full Time Regular<br>[ ] Part Time Regular<br>[ ] Part Time < 30<br>[ ] Expatriate<br>[ ] Full Time Temporary<br>[ ] Part Time Temporary | Rollover  Amount<br>[ ] Vacation<br>[ ] Sick<br>[ ] Other | [x] Hourly/Non-Exempt<br>[ ] Salaried/Exempt | $<br>[ ] Hourly<br>[ ] Annually<br>Reason Choose From List | [ ] Yes [x] No<br>Target Amount<br>$<br>% | [ ] Yes [x] No<br>Commission Plan |
| | | Pay Frequency (43)<br>[x] Weekly<br>[ ] Bi-Weekly | Auto Allowance (44)<br>$ /Mo.<br>[ ] Billable<br>[ ] Non Billable | Other Misc. Pay (45)<br>[ ] Yes [x] No | Std Hours Per Pay (46) |

## Employee Billable Rates (SECTION D) — For additional lines, attach a separate sheet indicating the same information

| Job Name (47) | Job # (48) | # Of Hours Per Week (49) | Bill Rate Reg (50) | Bill Rate OT (51) | Bill Rate DT (52) | Hours Worked or Paid Agreement (53) |
|---|---|---|---|---|---|---|
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |
| | | | $ | $ | $ | |

## Commission/Bonus Payout (SECTION E) | Merit Increase (SECTION F)

| Amount (54) | [ ] Billable [ ] Non Billable | Payment Date (55) | Performance Evaluation Date (58) | Performance Evaluation Score (59) |
|---|---|---|---|---|
| $ | | | | |

| Commission/Bonus Type (56) | Commission/Bonus Reason (57) | | Merit Increase % (60) % | New Pay Rate (62) $ | New Bill Rate (63) $ |
|---|---|---|---|---|---|
| [ ] Net<br>[ ] Gross | [ ] Performance<br>[ ] One-Time | [ ] Agreement<br>[ ] Other ____ | Increase Effective Date (61) | [ ] Hourly<br>[ ] Annually | [ ] Hourly<br>[ ] Annually |

## Leave of Absence (SECTION G) | Separation (SECTION H) | Suspension (SECTION I)

| Type of Leave (64) | | Leave Begin Date (65) | Separation Reason (68) | Suspension Reason (71) |
|---|---|---|---|---|
| [ ] Personal<br>[ ] Medical<br>[ ] Military | [ ] Workers Comp<br>[ ] Other ____ | | Customer Asked Off Site | Choose from List |
| | | | Separation Type (69)<br>[ ] Voluntary<br>[x] Involuntary – Layoff | Suspension Type (72)<br>[ ] Paid<br>[ ] Unpaid |

| Anticipated Return Date (66) | Actual Return Date (67) | Separation/Suspension Date (70) | Date Pay Stops (73) | Vacation Hrs to Pay (74) |
|---|---|---|---|---|
| | | 8/9/17/04 | 8/9/16/04 | TBD |

**Comments: (75)**

---

- *Please complete the Supplemental Earnings form
- **Requires Offer Letter Requisition
- ***Requires Approved Request to Transfer Form

POL102

REV 7/27/04

| Approvals and Authorizations (SECTION II) | | |
|---|---|---|
| Approved By<br>*Signature* | Approved By<br>*Signature* | HR Acknowledgement<br>*Signature* /s/ M. Maese |
| **Printed Name & Title**<br>Ken Stack, Account Manager | **Printed Name & Title** | **Printed Name & Title**<br>K. Maese |
| **Today's Date**<br>9/17/04 | **Today's Date** | **Today's Date**<br>8-19-04 |

Cc: Pam Knight (HR), Your assigned Billing Specialist

POL103



**Corina Estrada**

03/02/2004 02:56 PM

To: Kelli Maese, Pamela Tibbets, BTENA/EMCORGROUP, Denise Macias/BTENA/EMCORGROUP, Juanita Potts/BTENA/EMCORGROUP, Pamela Clancy/BTENA/EMCORGROUP, Efren Verduzco/BTENA/EMCORGROUP, Melanie Bernhart/BTENA/EMCORGROUP, Maria Lucas/BTENA/EMCORGROUP, BTE Timecards/BTE/EMCORGROUP
cc: Corina Estrada/BTENA/EMCORGROUP
Subject: TERMINATION: POLITANO, PASQUALE

**This is notification of a termination. Please update all systems, lists, etc.:**

| | |
|---|---|
| Regional Manager: | |
| Home Company: | 1000 |
| Home Business Unit: | 1002 |
| Name: | PASQUALE POLITANO |
| Employee ID: | 111708 |
| Location: | |
| Property Name: | PRUDENTIAL ST |
| Job Number: | 100813 |
| Date of Termination: | 08-16-04 |
| Reason for Termination: | LAY-OFF |
| Deliver Check to: | HOME |
| Terminated in JDE: | |

POL097

# EMCOR Facilities Services
## MANUAL CHECK REQUEST

LOCAL 3

**Employee Name:** POLITANO, PASQUALE
**Controllable or Uncontrollable:** CP, CH, CC, UC, UE
**Employee ID#:** 111708
**Pay Period Ending Date:** 8/22/04
**Home Company:** ~~1500~~ 1000
**Account Number:** 100813
**Home Business Unit:** 1002
☐ Labor Allocation in System

| Description | Pay Type | Shift Code | Cost Code | Hours | Pay Rate | Reason for Check |
|---|---|---|---|---|---|---|
| Regular Pay | | | 8hrs @ 3rd shift | | $24.697 | ☐ Void & Reissue / CHECK # TO VOID: |
| Lead Pay | | | | | $ | ☐ Employee/Client did not receive |
| Cover Pay | | | | | $ | ☐ Incorrect Hours/Rate Paid |
| Overtime Pay | | | | | $ | ☐ Incorrect Deductions/Taxes Paid |
| Double Time Pay | | | | | $ | ☐ Employee Not Paid |
| Vacation Pay | | | | | $ | ☐ Reject T/C-Missed Deadline |
| Sick Pay | | | | | $ | ☐ T/C Late – Employee/Client Error |
| Holiday Pay | | | | | $ | ☐ T/C Late Fax/Email Error |
| Floating Holiday Pay | | | | | $ | ☐ Paid Incorrect Hours |
| Jury Duty | | | | | $ | ☐ Paid Incorrect Rate |
| Bereavement | | | | | $ | ☐ Incorrect Deductions or Amounts |
| Personal Time | | | | | $ | ☐ Child Support Terminated-Refund |
| Sick Bank | | | 24hrs @ 3rd shift | | $24.697 | ☐ New Hire |
| Vacation/Term Pay | | | (see Mike's workout) | | $ | ☑ Terminated on: 8/16/04 |
| Net Bonus | | | | | $ | ☐ Bonus ☐ Live Check ☐ Direct Deposit |
| Gross Bonus | | | | | $ | ☐ Other |
| Auto Allowance | | | | | $ | |
| **TOTAL HOURS** | | | | | | |

**COMMENTS:** TERM- LAY OFF    8hrs @ 3rd shift rate

☐ Stop Payment Confirmation Attached
☐ Process with regular payroll
☑ Process & Distribute Check On: 8/19/04
☑ FEDEX
☑ Overnight  ☑ Priority  ☐ Standard
☐ Second Day
☐ Saturday Delivery  ☐ Yes  ☐ No

**Check Delivery:** (Check one option below)
☐ Property-Check Sort Group Code:
☐ Refer to Check Exception List
☐ Human Resources Personnel:
☐ Home ☑ Other Address:
**Attention To:** Pasquale Politano
**Address:** 50 FISKE STREET, REVERE, MA 02151
**Phone Number:** (781) 284-8172

☐ USM
☐ Priority Mail   ☐ Regular Mail
☐ Express Mail

**HR Prepared By:** Covino
**Date:** 8/19/04
**HR Approved By:** [signature]
**Date:** 8/19/04
**PR Processed By:**
**Date:**
**PR Check Delivery Verified By:**
**Date:**

POL098

# Exhibit 4

NATIONAL CONFERENCE OF
FIREMEN & OILERS

FRED T. BRASSIL
PRESIDENT

KENNETH PATCHETT
VICE PRESIDENT

THOMAS E. BRASSIL
PRESIDENT EMERITUS

**FIREMEN AND OILERS**

# LOCAL 3

AFL-CIO, CLC



SEIU
NCFO

ORGANIZED 1898

SERVICE EMPLOYEES
INTERNATIONAL UNION,
AFL-CIO, CLC

MICHAEL A. BYRNES
BUSINESS AGENT

EDMUND "IKE" GABRIEL
SECRETARY-TREASURER /
ASSISTANT BUSINESS AGENT

P.O. BOX 290423 • 4 BUNKER HILL INDUSTRIAL PARK • CHARLESTOWN, MASSACHUSETTS 02129
TEL. 617-242-1410 • FAX 617-242-0166

VIA FAX/REGULAR MAIL

August 25, 2004

Paul J. Asmar
Emcor Facilities Service Director
Business Development
306 Northern Avenue
P.O. Box 9022
Boston, MA 02205

Dear Paul:

Enclosed please find a copy of a grievance filed on behalf of Pat Politano regarding termination without just cause. Please call me so we can meet and discuss this pursuant to the contract.

Sincerely,

Michael Byrnes
Business Agent

cc: Paul Politano

Enc.

MAB:mdp

## BUILDING TECHNOLOGY ENGINEERS
## GRIEVANCE FORM

**EMPLOYEE** *Pat Politano*             **CLASSIFICATION**

**SENIORITY**

**NATURE OF GRIEVANCE**

*Terminated without Just Cause*

Clause of Contract Violated, Article (s) _____
and other relevant provisions of the Agreement.        (Please fill in)

**Settlement Desired**

**DATE**                                **Signature of Employee**

Disposition of Grievance_____

**DATE**                                **Signature Company Representative**

*8-25-04*

**GRIEVANCE NO.**                       **Signature Union Representative**

TRIPLICATE COPIES

# Exhibit 5



**Building Technology Engineers**

Building Technology Engineers, Inc.
P.O. Box 55022
306 Northern Avenue
Boston, MA 02205-5022

Phone: 617.482.5455
Fax: 617.951.2991

September 4, 2004

Mr. Michael Byrnes
Business Agent
Firemen and Oilers
Local 3
4 Bunker Hill Industrial Park
Charlestown, MA 02129

SEP 1 3 2004

RE: Pat Politano Grievance

Michael:

BTE denies the grievance that was submitted by MR. Politano. Mr. Politano was not terminated; he was put on the lay off list after the customer determined that his services were no longer required. As per Article XVII, Management Rights, the Company has the right to lay off employees based upon but not limited to, the determination of the number and qualification of employees to perform work, the quality of work standards and the required employee performance to meet such standards, to assign overtime, to determine job content, to combine and/or eliminate job classifications, to determine hours of work, to determine types of equipment, methods and procedures to be employed, to make and enforce reasonable rules to assure orderly and effective work and to perform all other functions in the administration, management, control and/or direction of the business.

Mr. Politano has been placed on the lay off as per the Union Contract requirements.

Thank You,

Paul J. Asmar

# Exhibit 6

NATIONAL CONFERENCE OF
FIREMEN & OILERS

FRED T. BRASSIL
PRESIDENT

KENNETH PATCHETT
VICE PRESIDENT

THOMAS E. BRASSIL
PRESIDENT EMERITUS

**FIREMEN AND OILERS**

# LOCAL 3

AFL-CIO, CLC



**SEIU**

**NCFO**

ORGANIZED 1898

SERVICE EMPLOYEES
INTERNATIONAL UNION,
AFL-CIO, CLC

MICHAEL A. BYRNES
BUSINESS AGENT

EDMUND "IKE" GABRIEL
SECRETARY-TREASURER /
ASSISTANT BUSINESS AGENT

P.O. BOX 290423 • 4 BUNKER HILL INDUSTRIAL PARK • CHARLESTOWN, MASSACHUSETTS 02129
TEL. 617-242-1410 • FAX 617-242-0166

September 9, 2004

Mr. Paul Asmar
General Manager
Building Technology Engineers, Inc.
306 Northern Avenue
Boston, MA 02205

Re: <u>Pasquale Politano – Information Request</u>

Dear Paul:

Please send to me any and all information regarding the termination of Pasquale Politano. Thank you for your cooperation in this matter.

If you should have any questions, please do not hesitate to call me.

Very truly yours,

Edmund P. Gabriel
Assistant Business Agent

cc: Pasquale Politano