# Exhibit I

# Commonwealth of Massachusetts

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MASSACHUSETTS

PASQUALE S. POLITANO,
                    **Plaintiff**

v.

BUILDING TECHNOLOGY ENGINEERS,
INC. AND NATIONAL CONFERENCE
OF FIREMEN AND OILERS, SEIU,
LOCAL UNION NO. 3 OF BOSTON,
                    **Defendants**

DOCKET NO.:
05-11109-WGY

DEPOSITION of **PASQUALE S. POLITANO, a Witness,** called by Counsel on behalf of Defendant, Local Union No. 3 of Boston, before Diane Harris, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Office of Segal, Roitman & Coleman, 11 Beacon Street, Suite 500, Boston, Massachusetts, on January 24, 2006, commencing at 1:00 p.m.

Page 5

```
 1            local union, Local 3, and I'll be asking you some

 2            questions here that I'm sure your attorney's

 3            discussed with you.

 4                      Let me start with this, Mr. Politano.

 5            How would you like me to refer to you, as Mr.

 6            Politano, Pat or --

 7       A    Pat's fine.

 8       Q    It will save me a few syllables by using Pat.

 9            Thank you.

10                      I want to talk a little bit about your

11            situation with your employer.  Were you working for

12            BT&E at some point?

13       A    Excuse me?

14       Q    Were you working for BT&E at some point?  Do you

15            know who BT&E is?

16       A    BTE.

17       Q    BTE, yeah.

18       A    Building Technology Engineers?

19       Q    Yeah.

20       A    Yes.

21       Q    And how long did you work for them?

22       A    Almost twenty years.

23       Q    What was your job title for BTE?

24       A    HVAC Tech I.
```

Page 6

1    Q    And as an HVAC Tech I for BTE, can you tell us what

2         BTE does as a company?

3    A    BTE?

4    Q    BTE.

5    A    Yeah, they're operations for the building and other

6         buildings on the Prudential site that I worked at,

7         which would be heating, ventilation, air

8         conditioning, plumbing, carpentry, masonry,

9         electrical.

10   Q    Would it be fair to state that BTE is a maintenance

11        contractor?

12   A    Correct.

13   Q    And they provide maintenance services to their

14        clients, is that correct?

15   A    Right.

16   Q    One of their clients in your particular case where

17        you worked was the Prudential Center?

18   A    Correct, yeah.

19   Q    And I take it that BTE services many clients

20        throughout the Greater Boston area and beyond, is

21        that right?

22   A    Correct.

23   Q    And typically they're providing building services

24        like the kind of maintenance that you described to

Page 11

1   A   Department.

2   Q   -- department -- okay -- did they work on more than

3       one shift?

4   A   Correct.

5   Q   How many shifts were there?

6   A   Three shifts.

7   Q   And what shift did you work on?

8   A   Third shift.

9   Q   And what were the hours of the third shift?

10  A   11:00 at night to 7:00 in the morning.

11  Q   And approximately how many BTE employees in the

12      engineering department worked on that shift, 11:00

13      to 7:00?

14  A   There was the engineer, which was stationary

15      engineer, and myself and one other guy, Tom Shea,

16      which I only worked three nights with him.

17  Q   Was he replaced by somebody else the other nights

18      that you worked, Mr. Shea?

19  A   No.  No.

20  Q   So it was typically --

21  A   When I was --  He was on when I was off those other

22      two nights that he covered.

23  Q   So, it was typically yourself, the stationary

24      engineer and Mr. Shea for three nights?

Page 92

1    A   I don't really know.  According to my pay stub, I

2         don't -- I never saw anything about it.

3    Q   Did Stack ever contact you verbally or in writing

4         and say you were terminated or laid off or anything

5         else, or did you not hear anything more from the

6         company about your status?

7    A   I --  That following Tuesday he called me.

8    Q   Stack?

9    A   Stack.  Ken Stack called me.

10    Q   And?

11    A   And I missed his call and I called him back and he

12         said, I just came down from Boston Properties and

13         they said you're out of here; my hands are tied,

14         there's nothing I can do.  Yeah.

15    Q   Did he indicate to you that Boston Properties had

16         requested your removal from the site?

17    A   Yeah.

18    Q   Did he explain why?

19    A   No.

20    Q   So he said you're out of here?

21    A   Yeah.  He said you're out of here; my hands are

22         tied, there's nothing I can do for you.

23    Q   Did he say you were fired, you were suspended, you

24         were on paid leave, unpaid leave?

Page 95

1      involved.  Did you request that they file a

2      grievance on your behalf?

3   A   Yes.

4   Q   Did Mr. Gabriel get back to you after he said he

5      would call the company?

6   A   No, he -- I asked if there's anything he could do.

7      He said no, he can't really do anything because he

8      had found out that -- I called and he had called

9      over and called me back and said that I had been

10     laid off.  So, being laid off, they can't do

11     anything.  If I was fired they could do something.

12     And I asked him, nineteen years service and you

13     can't do anything for me?

14  Q   Did he explain what he meant by laid off as opposed

15     to firing?

16  A   Yes.

17  Q   What did he say?

18  A   He said, if you're fired we can -- you know, we

19     can, you know, file a wrongful --

20  Q   File a grievance?

21  A   Yeah, grievance.  Right.  Wrongful terminate.

22  Q   Did Ike also describe to you that he had heard that

23     the, quote, customer, meaning Boston Properties,

24     had required that you be removed from the site?

1    A    Correct.

2    Q    And did the union file a grievance on your behalf

3         at your request, in fact?  Did the union file a

4         grievance at your request?

5    A    Only after I had gone to a job interview.

6    Q    So, you first went to a job interview and how did

7         that job interview come about?  Was this at the

8         World Trade Center?

9    A    Yes.

10   Q    How did that interview come about?

11   A    Well, I asked the union if they could get me a

12        job and they were very reluctant and they said

13        well, no, you have to go and apply for a job, you

14        know --

15   Q    Apply with BTE?  BTE.

16   A    Application with BTE, yeah.  And I said, well,

17        you're the union, aren't you supposed to find a job

18        for me?  So, they said, well, just go over and see

19        what BTE has available, you know, just put in an --

20        you know, fill out an application.  So I said, this

21        isn't how it works.  So I called BTE, the home

22        office.

23   Q    Yeah.

24   A    And I spoke with Pam Knight.  She's in Human

1       Resources.

2    Q   Did she tell you there was a job opening at the

3       World Trade Center?

4    A   And I asked --  Well, she gave me a few people to

5       call.

6    Q   Different jobs?

7    A   Different job, yeah.

8    Q   Where were they?

9    A   Other job sites.

10   Q   World Trade Center and where else?

11   A   There was a job site at International Place, Fleet

12       Center, and there were so many.  There was a few --

13       quite a few more, but I just don't remember.  You

14       know, and I also talked to Bob Fanciullo.

15   Q   He is?

16   A   Yeah, he's also over at the home office and he

17       takes care of the -- I can't remember the name of

18       it offhand, but he's more like roving mechanics,

19       they fill in.

20   Q   And did you apply to any of the jobs that --

21   A   I asked him if he had anything.

22   Q   -- she suggested and he suggested?  What did he

23       say?  What did Fanciullo say?  Did he have jobs?

24   A   And he had -- he had a --  What did he say?  He

Page 98

1        said he had a --  Yeah, he said he had a Tech I
2        HVAC opening.
3    Q   Did he say where?
4    A   He said you needed --  He didn't say where.
5    Q   He said you needed what?
6    A   An HVAC --  Yeah, I needed a license -- HVAC
7        license.  Refrigeration license, which I didn't
8        have at the time.
9    Q   You didn't have at that time?
10   A   No.
11   Q   And where was that job, do you know?
12   A   It was just --  Yeah, they call them mobile.
13       That's what it was, mobile.
14   Q   A mobile crew?
15   A   Yeah.  Just go --  In other words, if --
16   Q   Where needed they send you around?
17   A   Where needed, right.
18   Q   Not one set location?
19   A   Yeah.
20   Q   And is a refrigeration license a general
21       requirement for the Tech I position?
22   A   No.
23   Q   In your view it's not?
24   A   No, not everybody has one.

Page 99

1    Q   I'm not asking whether or not --

2    A   Oh, no.  In my view, no.

3    Q   What were you, a Tech I or a Tech 2?

4    A   Tech I.

5    Q   And you were allowed not to have one at the

6        Prudential Center for all your time there?

7    A   Correct.

8    Q   But there are other sites where Tech I's do have to

9        have refrigeration licenses, right?

10   A   Correct.

11   Q   And that's a function of either the equipment

12       that's at the site or the client's demands; isn't

13       that right?

14   A   I'm not sure how that works.

15   Q   Well, you agree that some locations Tech I's do

16       require a refrigeration license?  Fanciullo told

17       you that.

18   A   My understanding was that if -- if whoever was the

19       chief or whatever had the refrigeration license,

20       you work under them in the building.

21   Q   So, are you saying that when Fanciullo said that

22       you needed a refrigeration license at the job that

23       might be open, which was the mobile job, --

24   A   Right.

Page 100

```
 1    Q    -- that that, in fact, was not true that it was a
 2         requirement?  Are you questioning him?
 3    A    No.  No.
 4    Q    So on that job it was?
 5    A    Yes.
 6    Q    Can you explain to me why it was on that job and
 7         not others?
 8    A    No, I don't know.  I don't know where it was
 9         either.
10    Q    Well, you knew it was the mobile crew.  You didn't
11         know where they would go.
12    A    It wasn't a crew.  It's just that they called them
13         mobile.
14    Q    Assignment?  Mobile assignment?
15    A    Yeah, it wasn't a permanent stationary position.
16    Q    Well, do you know of other positions at BTE where
17         Tech I's are required to have refrigeration
18         licenses like Fanciullo was telling you was
19         required of the mobile assignment?
20    A    No.
21    Q    You know of none?
22    A    No.
23    Q    You sure?
24    A    Can you rephrase your question?  I'm not --
```

Page 101

1    Q   Do you know of other locations where the Tech I's

2        are required to have a refrigeration license, based

3        on your knowledge of working for this company for

4        nineteen years, --

5    A   Yeah.

6    Q   -- and knowing your colleagues and brothers who

7        work at other locations, are there other locations

8        where the Tech I's must have a refrigeration

9        license to work there?

10   A   I'm sure there are.

11   Q   Why do you say you're sure there are?

12   A   Because in some areas they require it.

13   Q   And isn't it required in some areas based on the

14      size of the units, the HVAC units?

15   A   Not --  No, no.  It's a matter of what they're

16      doing or what has to be done and what location

17      they're doing it in.

18   Q   And what is it at the location that they're doing

19      it in that necessitates a refrigeration license?

20   A   Probably because there may not be anybody on the

21      site with a refrigeration license.

22   Q   Is it your understanding that at certain locations

23      the clients or the customers of BTE can require of

24      BTE that they provide Tech I's who have

Page 102

1    refrigeration licenses?  Is that your

2    understanding?

3  A  That the client requests it?

4  Q  Yeah, the customer.

5  A  The customer?

6  Q  The customer can say we want to have somebody who's

7    got a refrigeration license for this Tech I

8    position because of the nature of our plant or

9    facility or the staffing of other people we have

10   here, whatever the reason?

11 A  Well, I was under the understanding that BTE was

12   the one that was doing the hiring, that had to make

13   sure that the requirements were filled, not the

14   customer.

15 Q  Right, but BTE has to meet the customer's

16   requirements in each particular building --

17 A  Correct.

18 Q  -- because if they don't, the customer can say bye,

19   BTE, we have other people we can hire.

20 A  Right, I imagine so.  I'm not sure.

21 Q  And BTE competes with other similar service

22   providers, right?

23 A  That's right.  Yeah.

24 Q  There are a bunch of them in town, aren't there?

Page 116

1       search to just union jobs or Local 3 jobs which

2       would include BTE, of course?

3   A   I limited it to BTE.

4   Q   So, you wouldn't really apply to other jobs outside

5       of BTE?

6   A   Correct.

7   Q   So, the union filed a grievance for you, as I

8       understand it, on or about August 25, 2004, is that

9       correct?

10  A   Correct.

11          MR. SILLS:  Do you want to take a break?

12      You've been going at this for awhile and I don't

13      want to -- I just want to give you a chance if you

14      want to take a break, or do you want to continue?

15          MR. TEAGUE:  How are you feeling?

16          THE WITNESS:  Yeah, I'm good.

17          MR. SILLS:  Okay, we'll go a little bit

18      longer, then we'll break for lunch at some point.

19      Okay?  Anybody need a bathroom break?

20  Q   So, do you agree with me the union filed a

21      grievance for you on August 25th?

22  A   Yes.

23  Q   I think by your own testimony by August 25th you

24      had already applied for a job and had been turned

Page 117

1      down for one at the World Trade Center?

2    A  Correct.

3    Q  And --

4    A  Well, I'd like to back that up.

5    Q  Go ahead.

6    A  You're stating I was turned down.  I don't know.

7      I never got any --

8    Q  Fair.  Fair comment.

9    A  I never got any letters or calls.

10   Q  You never got the job?

11   A  I never got -- no, never -- nothing was ever said.

12   Q  Irrespective of what was said, they didn't give you

13     a job there -- BTE?

14   A  No, they'd get back to me.

15   Q  And they never gave you a job there?

16   A  Correct.

17   Q  You were interviewed?

18   A  Over the phone, right.

19   Q  Did you go down there physically and talk to

20     anybody?

21   A  Yes.

22   Q  And was that an interview?

23   A  The interview was over the phone with Rick Tasky.

24   Q  Did it take place at the World Trade Center site?

Page 132

1    my family.  She said oh, absolutely, no problem;

2    you can always go, you know, back to a Tech I.

3  Q  Did you ever get any explanation from the company

4    with regard to that particular job about why you

5    didn't get it, assuming they did give it to

6    somebody?

7  A  No.

8  Q  Although you saw the ad in the newspaper for the

9    Tech II job, --

10 A  Right.

11 Q  -- did that advertisement specify World Trade

12    Center?

13 A  Correct.

14 Q  And do you know if they filled that job that was

15    advertised in the newspaper?

16 A  It's been filled and empty again; it's back and

17    forth.

18 Q  And who did they fill it with?

19 A  I don't know.

20 Q  So, when you say it's filled, how do you know it's

21    filled?

22 A  Well, I called --  Well, I used -- I would get the

23    jobs --

24 Q  Postings?

Case 1:05-cv-11109-WGY    Document 27    Filed 05/15/2006    Page 18 of 25

1   A   -- postings on the internet, right.  They would

2       send me the postings on the internet and you could

3       tell which jobs were available, which I have plenty

4       of them.

5   Q   My question is, how do you know the job was filled

6       based on those postings?

7   A   Well, it would be off -- it would be out of the

8       posting.  Once the job's off the posting, that

9       means it's supposed to be filled.

10  Q   Although it is possible I guess that they decided

11      not to fill the vacancy?

12  A   It's possible, but if it shows up in the next

13      couple of weeks you know it's still available.

14  Q   So, in any event, you felt that you were

15      blackballed from the company at that moment, if you

16      will?  Right?

17  A   Yes.

18  Q   You didn't like the feel of it at all, these --

19  A   No, not at all.

20  Q   -- signals you were getting?  And at that moment or

21      shortly after that was when you contacted Ike

22      Gabriel and decided -- the union decided to file a

23      grievance on your behalf?

24  A   I talked to Mike Byrnes.

Page 134

1   Q   Mike Byrnes, okay.

2   A   And I told him about it and he said well -- you

3       know, I told him what happened and he said well,

4       what can we do to, you know, take care of this and

5       you know, get your job back and this and that.  And

6       I said -- I said yeah.  But never happened.  So, he

7       filed -- he called me and said we're going to file

8       a grievance right now, which he did.

9   Q   And the grievance was filed immediately by Mr.

10      Byrnes --

11  A   Correct.

12  Q   -- with the company?

13  A   Right.

14  Q   And my understanding is that the company denied the

15      grievance at the first two steps of the grievance

16      procedure?

17  A   Correct.

18  Q   And then I think, according to your own statement,

19      the grievance was filed on August 24th, is that

20      correct?

21  A   I'm not positive of the date.  I wouldn't say for

22      sure.

23  Q   Okay, let's check on that.

24  A   I'm not good with dates.

Page 135

1        (Off the record)

2    Q   I want to show you -- Here's a copy.  You can

3        check your own notes --

4    A   Yeah.

5    Q   -- but your attorney can show you a copy of it.

6             MR. TEAGUE:  I think there's a typo in

7        it.

8             THE WITNESS:  Yeah, that's what it is.

9        Yeah, okay.  I know it's that because it says it

10       right there.  That's good.

11   Q   So, it appears that the grievance is dated August

12       25th, Pat, is that right?

13   A   Right, yeah.  Right.  Yeah, 8/25/04, right.

14   Q   And the grievance took the position that you were

15       terminated without just cause?

16   A   Correct.

17   Q   At this point you felt you really weren't on

18       layoff, that was a ruse or a sham, that you were

19       out?

20   A   Right.

21   Q   Because they hadn't taken you back at the World

22       Trade Center?

23   A   Correct.

24   Q   And at that point, it was also your position that,

Page 140

```
 1              (Off the record)
 2              MR. TEAGUE:  Okay, back on the record.
 3    Q   (by Mr. Sills)  My question --  I'll try to restate
 4        it -- was, do you agree that if a customer requests
 5        BTE to remove an employee from the site where
 6        they're working, BTE has a right to remove that
 7        employee?
 8    A   If a customer requests, yes.
 9    Q   And that is something that you've known has
10        happened from your experience working at the Pru
11        for BTE over the years?  That's happened?
12    A   Yes.
13    Q   That the employees have been at the customer
14        request, whether it was Boston Properties or
15        somebody else who owned the site before that, if
16        they say I want Ira Sills off the site, he goes off
17        the site if I'm an employee of BTE?  Is that right?
18        It's happened?  You just said it did.
19    A   Yes, but --
20    Q   Let me ask it a different way.
21    A   Yeah.  Thank you.
22    Q   Do you know the names of any employees that you
23        recall who were removed from the site by BTE at the
24        customer's request?
```

Page 167

1        done right.

2    Q   He said that?

3    A   Yeah.

4    Q   Did he elaborate?

5    A   No.  He just pretty much said that something didn't

6        -- you know, he said it doesn't sound like, you

7        know, something they should have done.

8    Q   Was there any discussion in this meeting at all of

9        the allegations against you regarding obtaining

10       cleaning services for donuts, that whole issue?

11       I'm not saying to agree with that, that you agree

12       with that characterization, but that's what the

13       company laid you off for, according to them.  Did

14       that issue get discussed?

15   A   It was mentioned that BT -- I mean, I'm sorry, that

16       Boston Properties requested me off the site and

17       that's why you were taken off the site.

18   Q   Was there any specific discussion of the --

19   A   Yes.

20   Q   I'm sorry, finish.  I thought you were finished.

21               **MR. TEAGUE:**  Okay.

22   Q   Go ahead, continue.

23   A   I thought you were going to answer for me.  But,

24       yeah, he said that -- he said that Boston

Page 168

1    Properties requested me off the site.  So Ike said

2    well, do you have that in writing.  And he said --

3    And Ken Stack stated that well, they don't usually

4    put it in writing, so it was just verbal.  So Ike

5    said just verbal?  And then he showed us a few

6    pictures and said, you know, this is what happened

7    and --

8  Q  Right.

9  A  -- you know, and I think I had mentioned to Ike,

10   where are the ones when I supposedly had gone back

11   up there, and they didn't have any.  So, Ike just

12   said --  So Ike just said well, it should have been

13   in writing.  So he just said well, it's just

14   verbal; they don't do anything in writing, just

15   verbal.  So Ike says we'll have to take you at your

16   word for it.  And he said yeah.

17 Q  Do you know anything in the union contract that

18   requires the removal by a customer to be in

19   writing?  If you know?

20 A  No, no, I don't know.  I'm not sure.

21 Q  Okay, that's fair.  At the meeting, when they had

22   this discussion and you had mentioned something

23   about making a comment about where's the ones about

24   when I was supposed to be up there the next day, or

Page 171

1   Q   And he's the boss?

2   A   Prior to that, right.

3   Q   Prior to what?

4   A   Prior to asking me my capabilities.

5   Q   I see.  I see.  So, in any event, the meeting

6       ended, you were not back to work as of that moment?

7   A   Correct.

8   Q   And is it fair to state that you saw some light at

9       the end of the tunnel, but you were still skeptical

10      but you agreed to let's see what happens, give them

11      a chance to hire you back?

12  A   Right, yeah.

13  Q   And that never happened?

14  A   No.

15  Q   Right?  That's one of the things you're here for?

16  A   Right.

17  Q   And it's fair to state that after the Step 3

18      meeting, you took the position that you would wait

19      and see and give the company a chance to see if

20      they would be good on their word --

21  A   Right.

22  Q   -- or Mike McGloin's word?

23  A   Exactly.

24  Q   So, certainly, back in October of 2004, after the

Page 172

1        Step 3, you were not asking the union to go to

2        arbitration at that point, you were waiting for the

3        company to see if they were going to fulfill their

4        part of the understanding?   Fair?

5    A   Yeah, right.   Right, yeah.

6    Q   And then you went through a period of starting --

7        actually starting, as you've testified, way back in

8        August of going through interviews at various

9        different BTE jobs?

10   A   Right.

11   Q   The first of which you've already testified about,

12       --

13   A   Right.

14   Q   -- the World Trade Center?

15   A   Right.

16   Q   And is it fair to state that both Ike Gabriel and

17       Mike Byrnes tried to assist you in finding jobs at

18       BTE?   Is that a fair statement?

19   A   Yeah, they tried, yeah.

20   Q   I'm not saying they were successful, but they

21       tried?

22   A   Yeah, they tried, yeah.

23   Q   And they tried to both direct you to jobs that

24       might be a good fit for you and also said they