# Exhibit J

1

Volume I
Pages 1 to 77
Exhibits 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -x
                                      :
PASQUALE S. POLITANO,          :
         Plaintiff,       :
                                        :
     vs.                  :  Civil Action
                                     :  No. 05-11109-WGY
BUILDING TECHNOLOGY          :
ENGINEERS, INC., and NATIONAL  :
CONFERENCE OF FIREMEN AND    :
OILERS, SEIU, LOCAL UNION NO.  :
3 OF BOSTON,               :
         Defendants.      :
                                      :
- - - - - - - - - - - - - - - - - -x

       DEPOSITION OF JOSE LUIS PENA, a witness
called on behalf of the Plaintiff, taken pursuant to
Rule 30 and Rule 45 of the Federal Rules of Civil
Procedure, before Michelle A. Najarian, Professional
Court Reporter and Notary Public in and for the
Commonwealth of Massachusetts, at the Offices of
Frank J. Teague & Associates, One Liberty Square,
4th Floor, Boston, Massachusetts, on Friday, March
10, 2006, commencing at 10:08 a.m.

PRESENT:

    Frank J. Teague & Associates
        (By Frank J. Teague, Esq.)
        One Liberty Square, 4th Floor,
        Boston, MA 02109, for the Plaintiff.

    Drinker Biddle & Reath LLP
        (By Gregory W. Homer, Esq.)
        1500 K Street N.W., Suite 1100,
        Washington, DC 20005, for Defendant
        Building Technology Engineers, Inc.

2

PRESENT (Continued):

    Segal, Roitman & Coleman
        (By Rachel E. Rosenbloom, Esq.)
        11 Beacon Street, Suite 500,
        Boston, MA 02108, for Defendant National
        Conference of Firemen and Oilers, SEIU,
        Local Union No. 3 of Boston.

    Wilmer Hale
        (By Julie Murphy Clinton, Esq.)
        60 State Street,
        Boston, MA 02109, for the Deponent and
        Janitronics, Inc.

ALSO PRESENT:  Michael A. Byrnes
              Pasquale S. Politano

           * * * * *

8

1    today?

2        A.    No.

3        Q.    Okay.    I'm going to ask you on behalf of

4    the stenographer to just take your time and speak

5    slowly and clearly because she has to take down

6    everything.

7        A.    Okay.

8        Q.    Where do you work at the present time?

9        A.    Prudential Center.

10       Q.    And what is your job at the Prudential

11   Center?

12       A.    I'm the third shift manager.

13       Q.    And what are your -- what hours do you

14   work?

15       A.    From 10:30 p.m. to 7:00 in the morning.

16       Q.    How long have you worked for Janitronics,

17   Mr. Pena?

18       A.    I started in 1990 -- 1989 to 1996, then go

19   back to my country and come back from 2000 to the

20   present.

21       Q.    So you worked there from 1989 to 1996; is

22   that correct?

23       A.    1996, 1997, something like that.

24       Q.    And then you went back to the Dominican

25

1    area, in the nighttime.  I don't know what they call

2    it, the lunchroom, the break room.  It's nothing to

3    do with me.

4        Q.    Did you ever take a break with the BTE

5    employees in their area?

6        A.    Yes.

7        Q.    And do you remember there being Krispy

8    Kreme doughnuts available?

9        A.    Yes.

10       Q.    And do you know, do you have an

11   understanding of how they became available?

12       A.    Yes.

13       Q.    And what's your understanding?

14       A.    They gave it to Pat, Pat Politano.

15       Q.    Did Pat tell you that?

16       A.    They gave it to him?

17       Q.    You said they gave the doughnuts to Pat.

18       A.    Yes.  If Pat told me they gave it to him?

19       Q.    Yes.

20       A.    Yes.

21       Q.    Okay.  Did you ever bring doughnuts, Krispy

22   Kreme doughnuts, home from the Pru Center to your

23   children or your family?

24       A.    Yes, I do.

26

1   Q. Do you remember Mr. Politano coming with

2 you on one occasion when you brought doughnuts home

3 to your children?

4   A. Not for my children.  I used to go with him

5 almost every single night.

6   Q. You used to go home with him?

7   A. No.

8   Q. Oh, I'm sorry.  I misunderstood.

9   A. I used to go with the Krispy Kreme almost

10 every single night.

11   Q. Okay.  So you would bring doughnuts home

12 every single night.

13   A. No.

14   Q. Okay.

15   A. I said I go with him, not take the

16 doughnuts with him.  I go with him to Krispy Kreme.

17   Q. Oh.  You would go --

18   A. With Pat.

19   Q. -- to Krispy Kreme with Pat every night.

20   A. Yeah.

21   Q. Okay.  And what would happen?

22   A. They always gave the doughnuts to him.  He

23 always asked for doughnuts.

24   Q. And they gave them to him?

1      A.    Yes.

2      Q.    And he didn't pay for them, correct?

3      A.    No, he don't.

4      Q.    Okay.  Did you ever talk to Mr. Politano

5   about why Krispy Kreme was giving him the doughnuts?

6      A.    Yes.

7      Q.    And what --

8      A.    They gave it free to him because we work in

9   the third shift.  You know, Pat told me they need

10  some favor like -- the thing that I understood was

11  they want to be fair with him, like a co-worker,

12  maybe -- I don't know, something about the air

13  condition or something, but I think Pat was a nice

14  guy out there.  He's very friendly.  Maybe that's

15  why they gave it to him because he's -- that's what

16  I understood first in the beginning, because I know

17  Pat is very friendly.

18     Q.    Very friendly?

19     A.    Yes, he is.

20     Q.    Why did you go with him to --

21     A.    We were so friendly when we were there.

22     Q.    Okay.  You have to let me finish the

23  question.  Why did you go with Pat every night to

24  the Krispy Kreme area?

28

 1        A.    Because we are very friendly.  I used to go

 2    there.  I see him working sometime.  I used to go --

 3    when he do something, sometime I accompany him for

 4    something.  Sometime he go to my office to talk.

 5    Sometime -- we were very friendly, like working.

 6        Q.    So you would be friendly with him and you

 7    would go to the Krispy Kreme area.

 8        A.    Yes.  When he wanted to go over there, he

 9    always called me to talk to get -- sometimes a phone

10    call.

11        Q.    Were you provided with anything at the

12    Krispy Kreme when you went with Pat?

13        A.    No.

14        Q.    Did they give you a coffee or a drink?

15        A.    I don't use -- he know I never take

16    anything there because I don't like anything.

17    Sometimes Pat asked for coffee and I took it, but I

18    told him I don't like that coffee because it's too

19    strong.

20        Q.    Okay.

21        A.    But sometimes I get it because Pat gave it

22    to me.  I do take it.

23        Q.    Do you know if Pat got doughnuts and gave

24    them to other employees?

29

1     A.   Yes.

2     Q.   And were they BTE employees or --

3     A.   My employees.

4     Q.   -- your employees also?

5     A.   (Shakes head)

6     Q.   And did you see him giving the doughnuts to

7 your employees?

8     A.   No.  I didn't see, but he told me.

9     Q.   Pat told you?

10    A.   Yes.

11    Q.   Okay.  Did he give them to any other

12 employees besides the Janitronics employees?

13    A.   I don't know.

14    Q.   You don't know?

15    A.   Oh, yes, I do.

16    Q.   He did?

17    A.   Yeah, he did.

18    Q.   Who else did he give the doughnuts to?

19    A.   Security.

20    Q.   Security guards?

21    A.   Yes.

22    Q.   They didn't work for BTE, right?

23    A.   No.

24    Q.   Now, let me -- maybe I'm not clear on this.

30

1    Did you ever bring Krispy Kreme doughnuts home to

2    your children?

3        A.    I said yes, I do.

4        Q.    And did you purchase the doughnuts or were

5    they provided for free?

6        A.    I purchase everything when I go, especially

7    on Sunday.  I work on the second shift.

8        Q.    You worked on the second shift?

9        A.    On Sunday, yes.

10       Q.    On Sunday.  And I didn't quite understand.

11   You purchased the doughnuts?

12       A.    Yes.

13       Q.    Did you ever bring free doughnuts home to

14   your children?

15       A.    Yes.

16       Q.    And were those doughnuts that Krispy Kreme

17   had provided for your employees or you?

18       A.    No.

19       Q.    How did you get the free doughnuts?

20       A.    Pat sometime give.

21       Q.    Pat would give you doughnuts?

22       A.    (Shakes head)

23       Q.    Now, in the food court area where the

24   tenants were, did Janitronics have responsibility to

1    clean any of the tenants' floors?

2        A.    No.

3        Q.    So the tenants cleaned their own floors; is

4    that correct?

5        A.    Yup.

6        Q.    What was involved -- what was the floor

7    made of in the food court area?

8        A.    Can you be a little clear?

9        Q.    Was it tile?

10       A.    No.

11       Q.    A stone surface?

12       A.    Ground.

13       Q.    I'm sorry?

14       A.    Like a stone ground.

15       Q.    Stone.  And what did you do, what did your

16   crew do to clean it?

17       A.    Wash it.

18       Q.    Was there a machine?

19       A.    Machine wash it, scrub.

20       Q.    Did you ever have any discussions after

21   Krispy Kreme opened about having your employees

22   clean their floor?

23       A.    Not with them.  Not with the Krispy Kreme.

24       Q.    Did Krispy Kreme -- no one from Krispy

1    Kreme ever asked you to clean their floor?

2        A.    Me?

3        Q.    Yes.

4        A.    No.

5        Q.    Did you ever have a discussion with anyone

6    about cleaning the Krispy Kreme floor?

7        A.    Yes.

8        Q.    And who did you have the discussion with?

9        A.    My friend Pat Politano.

10        Q.    Do you remember the first discussion you

11    had?

12        A.    The first discussion that I had was with my

13    one employee.  When I found out that he go in there

14    to clean the floor, I told him not to do it because

15    it's not our responsibility.  It's not your job.

16    It's not janitor's job.  We don't have nothing to do

17    with it, the Krispy Kreme floor.  And I explained my

18    guys, all employees, you guys go in there.  You go

19    in there -- you guys hid anyplace, anything inside

20    there, I would be in trouble because as soon as

21    somebody report to my office, I would get in trouble

22    because we're not supposed to go in there.  Anybody

23    told us, you guys, anybody -- doesn't matter who --

24    doing something like a favor or whatever, told

33

1    whatever it was to talk to me.

2        Q.    Okay.

3        A.    They told me.  Pat Politano told him no,

4    told him to talk to me.

5        Q.    Okay.  So let me back this up a little bit.

6    You found out that one of your employees was

7    cleaning --

8        A.    Yes.

9        Q.    -- the Krispy Kreme floor?

10       A.    Yes.

11       Q.    And do you remember who that employee was?

12       A.    Yes.

13       Q.    What was his name?

14       A.    His name was Ramon Valentin.

15       Q.    Ramon Valentin?

16       A.    Yes.

17       Q.    And did you see him cleaning the Krispy

18   Kreme floor?

19       A.    No, I didn't.

20       Q.    How did you find out he cleaned it?

21       A.    Pat told me something about that.

22       Q.    Pat told you Ramon was cleaning the

23   Krispy --

24       A.    And I asked my guy.

1     Q.    Okay.  What did Pat say to you?

2     A.    He told them to clean, like a favor because

3   they are very friendly, and I told Pat we can't do

4   that.  It's not our job.  And I told my guys and

5   they told me the past couple of times.  I said, "Say

6   no.  Tell them that I say no."

7     Q.    So Pat --

8     A.    After Pat asked them, Pat asked me, too.

9   And I said I can't do it.  Pat understand that.

10    Q.    What did Pat ask you?

11    A.    To clean the floor.  They was mad

12  because -- he said he was mad because she don't want

13  to give anything to us.  I told Pat, I said I don't

14  care.  If she wanted the floor cleaning, told her to

15  call the office or talk to me, and I would send

16  someone to clean, and I would make a work order for

17  them to clean.

18    Q.    When you say "she," who are you referring

19  to?  Is it Cindy?

20    A.    About?

21    Q.    You said Pat told you "she" was mad.

22    A.    Yeah.

23    Q.    Who did you mean?

24    A.    Cindy, Cindy.

1     Q.   Was she a manager at Krispy Kreme, if you

2  know?

3     A.   I think -- I'm not sure.  I think she was

4  the supervisor.  I think.

5     Q.   So if I understand your testimony

6  correctly, it came to your attention through Pat

7  that he had asked your employees to clean their

8  floor, and then you told Pat that your employees

9  couldn't do that.

10     A.   No.  The first time, I didn't say anything

11  to Pat.  I talked to my guys.

12     Q.   Okay.

13     A.   We are very friendly.  I don't want to

14  confront with Pat.  I told my guys if anybody asks

15  anything, they call me.  He is the boss -- even him,

16  talk to me.

17     Q.   Okay.

18     A.   That was the beginning.  I told my guys,

19  and they called back to me and told me Pat still

20  asked them to clean the floor.  And I said, tell

21  them what I said.

22     Q.   Okay.  Did you ever tell that to Pat, that

23  your employees couldn't clean the floor?

24     A.   No.  Just when they asked me -- when he

1  asked me.

2      Q.    When?

3      A.    Pat asked me to send people to clean the

4  floor.

5      Q.    And what did you say?

6      A.    "No."

7      Q.    You said no?

8      A.    "I can't."

9      Q.    And what did he say?

10      A.    Oh, she's not -- but I explained to him

11  what could be happening.  He was very understanding.

12  He said okay, okay.

13      Q.    Okay.  And after that, did he ever ask you

14  again?

15      A.    Yes.

16      Q.    And how many times did he ask you to clean?

17      A.    I can tell you maybe a couple of times,

18  maybe two or three.

19      Q.    And you always told him --

20      A.    I explained to him.  Yes.

21      Q.    You told him your employees couldn't clean

22  the floors.

23      A.    Yes, I did.  He was very understandable

24  about that because he was not with me when I

37

```
 1   explained to him.
 2        Q.   Well, Pat had no authority over your
 3   employees, correct?
 4        A.   No, no.
 5        Q.   Okay.
 6        A.   That's why I talked to my guys.
 7        Q.   And did your guys say to you why they would
 8   go out of their way to clean the Krispy Kreme floor?
 9        A.   Say that again?
10        Q.   Your crew members that would clean Krispy
11   Kreme floors, did they explain to you why they would
12   do that?
13        A.   Yeah.
14        Q.   What did they say?
15        A.   Pat asked them to do it.
16        Q.   Pat asked them?
17        A.   Yeah.
18        Q.   Okay.
19        A.   I would say anything Pat asked one of my
20   guys at that time, they would do it.  Pat was very,
21   very friendly with everybody.
22        Q.   Okay.  Did Pat -- did your employees
23   explain to you why Pat would be asking them --
24        A.   No, no.
```

38

1    Q.    -- to clean the Krispy Kreme floor?

2    A.    Pat asked to clean the floor like a favor.

3  That's what I was thinking.

4    Q.    Do you remember an incident in 2004 where

5  the freight elevator was broken by a Krispy Kreme

6  employee?

7    A.    Yeah.

8    Q.    And do you recall the Krispy Kreme employee

9  wanted to have Janitronics pay for part of the

10  damage?

11    A.    Not me.

12    Q.    Do you recall having a discussion with a

13  Krispy Kreme manager about who would be responsible

14  for paying for a broken elevator?

15    A.    That's something that's not to do with me.

16  I just make a report.  They do whatever they want to

17  do.  It's not --

18    Q.    But you didn't have the responsibility.

19    A.    No, no.

20    Q.    But do you recall making a report about a

21  broken elevator?

22    A.    Oh sure, I did.

23    Q.    What do you recall happening when you made

24  the report?

1  say, "Sorry.  I told you already you have to wait

2  for the morning because I'm the only boss here."

3      Q.    Okay.  Do you know if she made a complaint

4  to someone the next morning?

5      A.    Yes.

6      Q.    Okay.  Who did she complain to?

7      A.    When my supervisor coming, I pass him,

8  that's what happened.  He go over to the Krispy

9  Kreme, and she gave a complaint to him.

10     Q.    Was this Edgar Pena?

11     A.    No.  That was Dave Connolly.

12     Q.    Dave Connolly?

13     A.    Yes.

14     Q.    What was his position?

15     A.    He is the project manager.

16     Q.    Project manager for Janitronics?

17     A.    Yes.

18     Q.    Okay.  And did Cindy file a written

19  complaint about this bathroom incident, if you know?

20     A.    No.  No.

21     Q.    What happened --

22     A.    I don't think so, no.

23     Q.    What happened as a result of Cindy's

24  complaint?

1      A.    What happened?

2      Q.    Yes.

3      A.    Something you guys already know.  You want

4  to hear it from me?  What happened was, my

5  supervisor went there.  He told something about -- I

6  don't know what she talked to him.  I know when he

7  come down, he asked me about the floor, the thing, I

8  said yes.  She said she pay a lot of things,

9  doughnuts to clean her floor.  Said that's not my

10  problem.  She gave Pat doughnuts to clean; nothing

11  to do with me.  Pat is not cleaning.  Pat is BTE.

12  So they gave the doughnuts to Pat.  It's nothing to

13  do with me.

14      Q.    Okay.  Let me make sure I understand.  This

15  was Dave Connolly that told you this?

16      A.    Yes.

17      Q.    So when he went to investigate, to talk to

18  Cindy about the bathroom incident, he came to you

19  and said that Cindy said something about your

20  employees cleaning the floor.

21      A.    Yeah.

22      Q.    Okay.  And did he say what she had told him

23  specifically?

24      A.    I don't got, like, a review in my mind.

1      Q.    No.   Your best recollection.

2      A.    I know she mentioned something about

3  cleaning the floor.  She said she paid for that.  I

4  said, I don't work for doughnuts; I work for

5  Janitronics, not for BTE.

6      Q.    So Cindy told Dave Connolly that she was

7  giving Pat doughnuts --

8      A.    I think so, yes.

9      Q.    -- to have your people clean the floor?

10     A.    Yes.

11     Q.    But at that point, your people weren't

12  cleaning the floor because you told them not to,

13  correct?

14     A.    Yeah.  We didn't clean the floor at that

15  time.

16     Q.    Did you understand -- and maybe you

17  didn't -- what the connection was between the floor

18  and the bathroom incident?

19     A.    I think she was mad because we didn't clean

20  the floor.  Because Pat told me she was mad because

21  she told Pat she gave some doughnuts every single

22  night, and Pat told me she told -- she can give a

23  lot to him, and she don't get nothing back.  I said

24  it's not my problem.  That's what I told Pat.

49

1      Q.   Pat told you she wasn't giving him as many

2  doughnuts because her floors weren't being cleaned?

3      A.   Yes.

4      Q.   And you told Pat that's not your problem.

5      A.   I don't care.

6      Q.   Okay.  Did anything happen as a result of

7  the bathroom incident?  Did Mr. Connolly talk to you

8  about that?

9      A.   Not that I remember.

10     Q.   So nothing happened.  You weren't

11  reprimanded or given a warning or anything as a

12  result of anything having to do with the bathroom

13  incident?

14     A.   (Shakes head)

15     Q.   You have to say yes or no.

16     A.   No.

17     Q.   Okay.  What did Mr. Connolly say to you

18  about the floors when he found -- did he say to you,

19  "Are our people cleaning the floors there?"  What

20  did he say to you?

21     A.   He asked me and I said yes.

22     Q.   You said they were cleaning the floors?

23     A.   No.

24     Q.   Okay.  I'm sorry.

57

1        A.    Uh-huh, yes.

2        Q.    And you learned this was happening from Mr.

3    Politano; is that correct?

4        A.    Yes.  The thing was -- let me go forward.

5    I found out from my guys, they clean the floor.  I

6    told them not to do it.  And they told me, Pat sent

7    them to do it.  And I said, when Pat asked you to do

8    it, I said no.  Don't take any.  I will deal with

9    that.  When Pat go with him, go to them to tell them

10   to clean the floor, they said no.  Pat called me and

11   I, you know, sometime Pat call me and I said -- I

12   say, I see you are busy.  Usually I have a very,

13   very good relationship with Pat.  I don't want him

14   to feel bad with me for something like -- sometimes

15   he think it was easy.  I explained to him, sometime

16   you think it's easy, we can do it.  But my job -- I

17   can't do that.  That's at the end.

18       Q.    Okay, but --

19       A.    How many times he asked me, I can't count.

20       Q.    But when Pat asked your staff to clean the

21   floor, they wouldn't do it because --

22       A.    They did.  They did.

23       Q.    They did clean the floor?

24       A.    Yes, they did clean the floor.

1       Q.    Okay.

2       A.    -- out there.  So I try to avoid it.  When

3    I don't got no place to be hiding, I told him what's

4    the problem, and he was very, very -- on my mind, he

5    was very understandable.

6       Q.    Okay.  He didn't argue with you or anything

7    like that.

8       A.    No.  He asked me one more time.  I said I

9    can't, but...

10      Q.    Okay.  And did Pat tell you that because

11   you wouldn't clean the Krispy Kreme floor, he was

12   concerned that Krispy Kreme wouldn't provide the

13   free doughnuts and coffee?

14      A.    Yes.

15      Q.    Other than Mr. Connolly, did you talk to

16   anyone else at Janitronics about this cleaning the

17   floor incident, other than the crew that worked

18   under you?

19      A.    No.

20      Q.    After you spoke with Mr. Connolly, did you

21   talk to Mr. Politano?

22      A.    After that?

23      Q.    Yes.

24      A.    That's my first time I saw Pat.

1      Q.   And I believe in response to some questions

2   from Mr. Teague, you said that in those

3   conversations, Mr. Politano indicated something,

4   some kind of concern about the doughnuts; is that

5   correct?

6      A.   Yes.

7      Q.   Can you tell me a little bit more about

8   what he said about the doughnuts and cleaning the

9   floors?

10     A.   Okay.  One night Pat told me he went to the

11  Krispy Kreme to get his doughnuts like regular, and

12  she, Cindy, was mad with Pat because Pat told me she

13  was mad because she told him -- I came here -- I

14  think she gave every night three dozen doughnuts.

15  She said she can give a lot because she gave a lot

16  of things to those.  She don't get nothing back, and

17  now we don't want to clean the floors or something.

18  She just want to give part of that, a dozen or

19  something.  I don't know.  I know he told Pat.  What

20  can I do?  My job is more than doughnuts.

21          MR. HOMER:  Okay.  That's all I have.

22          MS. ROSENBLOOM:  Just very briefly.

23

24

77

```
 1   COMMONWEALTH OF MASSACHUSETTS)

 2   SUFFOLK, SS.                 )

 3       I, Michelle A. Najarian, Professional Court

 4   Reporter and Notary Public in and for the

 5   Commonwealth of Massachusetts, hereby certify that

 6   there came before me on the 10th day of March, 2006,

 7   at 10:08 a.m., the person hereinbefore named, who

 8   was by me duly sworn to testify to the truth and

 9   nothing but the truth of his knowledge touching and

10   concerning the matters in controversy in this cause;

11   that he was thereupon examined upon his oath, and

12   his examination reduced to typewriting under my

13   direction; and that the deposition is a true record

14   of the testimony given by the witness.

15       I further certify that I am neither attorney or

16   counsel for, nor related to or employed by, any

17   attorney or counsel employed by the parties hereto

18   or financially interested in the action.

19       In witness whereof, I have hereunto set my hand

20   and affixed my notarial seal this 23rd day of March,

21   2006.

22              Michelle A. Najarian
                --------------------------
23                      Notary Public

24              My commission expires 11/02/2012
```

DORIS O. WONG ASSOCIATES, INC.
(617) 426-2432 ~ Fax (617) 482-7813