# Exhibit K

1

```
                        Volume I
                        Pages 1 to 63
                        Exhibit 1
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                                :
PASQUALE S. POLITANO,           :
        Plaintiff,              :
                                :
    vs.                         :   Civil Action
                                :   No. 05-11109-WGY
BUILDING TECHNOLOGY             :
ENGINEERS, INC., and NATIONAL   :
CONFERENCE OF FIREMEN AND       :
OILERS, SEIU, LOCAL UNION       :
NO. 3 OF BOSTON,                :
        Defendants.             :
                                :
- - - - - - - - - - - - - - - -x

    DEPOSITION OF JOSEPH FERRANTI, a witness called on behalf of the Plaintiff, taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, before Valerie L. Shand-Salama, Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Frank J. Teague & Associates, One Liberty Square, 4th Floor, Boston, Massachusetts, on Tuesday, April 18, 2006, commencing at 10:05 a.m.

PRESENT:

   Frank J. Teague & Associates
       (By Frank J. Teague, Esq.)
       One Liberty Square, 4th Floor,
       Boston, MA 02109, for the Plaintiff.

   Drinker, Biddle & Reath LLP
       (By Gregory W. Homer, Esq.)
       1500 K Street N.W., Washington, D.C.
       20005-1209, for the Defendant Building
       Technology Engineers, Inc.

2

PRESENT (Continued):

    Segal, Roitman & Coleman
        (By Ira Sills, Esq.)
        11 Beacon Street, Suite 500,
        Boston, MA 02108, for the Defendants
        National Conference of Firemen and Oilers,
        SEIU, Local Union No. 3 of Boston.

ALSO PRESENT:   Edmund "Ike" Gabriel
                Pasquale S. Politano

* * * * *

55

1     MR. SILLS:  I have no further questions.
2              CROSS EXAMINATION
3  BY MR. HOMER:
4     Q.   I'm Greg Homer.  I'm representing BTE in
5  this proceeding.  I have just a couple of followup
6  questions.
7          If you could take a look at Ferranti
8  Exhibit 1, your letter.
9     A.   (Witness complies)  Yes.
10    Q.   And in the last paragraph it says that "On
11 August 11, 2004, Wednesday morning about 5:05 a.m.,
12 Pat stopped by to tell me that Ken Stark [Sic]
13 called him," et cetera.
14         Do you see that?
15    A.   Yes, I do.
16    Q.   And I believe your testimony was that you
17 prepared this letter on the date that's at the top
18 there, September 16, 2004; is that correct?
19    A.   Yes.
20    Q.   When you prepared this, how did you recall
21 what the precise date was that -- and time that you
22 had this conversation with Pat that's referred to in
23 that last paragraph?
24    A.   Oh, it was easy because that's his last

1  day, the last time I see him before he goes off.  He
2  works -- Tuesday night is his last shift, and
3  Wednesday morning he goes home.
4       So I remember he stopped by because it was
5  Wednesday because he said that he got the call from
6  Ken.  But he was going to be off, and he didn't know
7  what was going to go on.
8       So I recall it was Wednesday, and I know it
9  was 5:05 because I get in at five o'clock.  And the
10 first thing that I saw was Pat that morning.  So it
11 was right at -- right when I got in, so it was
12 pretty easy to recollect that.
13      Q.   So you have a definite recollection that
14 you saw Mr. Politano on Wednesday morning,
15 August 11, 2004?
16      A.   To the best of my recollection.  That's
17 what I believe.
18      Q.   And if you saw him on that date, would that
19 lead you to conclude that Mr. Politano had worked
20 the shift the preceding evening; that he'd started
21 work from approximately 11:00 on Tuesday and worked
22 through to Wednesday morning?
23      A.   Yes.
24      Q.   You said on occasion Krispy Kreme would

```
 1   COMMONWEALTH OF MASSACHUSETTS)
 2   SUFFOLK, SS.                 )
 3       I, Valerie L. Shand-Salama, Professional
 4   Shorthand Reporter and Notary Public in and for the
 5   Commonwealth of Massachusetts, do hereby certify
 6   that there came before me on the 18th day of April
 7   2006 at 10:05 a.m., the person hereinbefore named,
 8   who was by me duly sworn to testify to the truth and
 9   nothing but the truth of his knowledge touching and
10   concerning the matters in controversy in this cause;
11   that he was thereupon examined upon his oath, and
12   his examination reduced to typewriting under my
13   direction; and that the deposition is a true record
14   of the testimony given by the witness.
15       I further certify that I am neither attorney or
16   counsel for, nor related to or employed by, any
17   attorney or counsel employed by the parties hereto
18   or financially interested in the action.
19       In witness whereof, I have hereunto set my hand
20   and affixed my notarial seal this 24th day of April
21   2006.
22                    Valerie L. Shand-Salama
23                        Notary Public
24                 My commission expires 12/15/2011
```