# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PASQUALE S. POLITANO,         )
        Plaintiff        )
                     )
        v.            )     CIVIL ACTION NO. 05-11109-WGY
                     )
BUILDING TECHNOLOGY ENGINEERS,)
INC. and NATIONAL CONFERENCE OF  )
FIREMEN AND OILERS, SEIU, LOCAL   )
UNION NO. 3 OF BOSTON,       )
        Defendants    )
_____)

## FIREMEN AND OILERS LOCAL 3, NCFO, S.E.I.U.'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, defendant Firemen & Oilers Local 3, NCFO, S.E.I.U. ("Local 3" or "Union") hereby requests that summary judgment by entered in its favor and the claims of the plaintiff dismissed with prejudice. As grounds for its motion, the Union relies upon its Statement of Undisputed Facts and Memorandum in Support of Motion for Summary Judgment submitted herewith.

Wherefore, Local 3 respectfully requests that its Motion for Summary Judgment be granted.

## REQUEST FOR AN ORAL ARGUMENT

Defendant Local 3 requests pursuant to Local Rule 7.1 a hearing on is Motion for Summary Judgment.

Respectfully submitted,

LOCAL 3, NATIONAL CONFERENCE
OF FIREMEN AND OILERS, S.E.I.U.,

By their attorneys,

/s/ Ira Sills
Ira Sills, Esquire
BBO #462220
Shelley B. Kroll, Esquire
BBO #544449
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208
isills@segalroitman.com

Dated:  May 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be mailed upon Gregory W. Homer at Drinker, Biddle & Reath, LLP, 1500 K Street, N.W., Suite #1100, Washington, D.C.  20005 as a non registered participant this 15th day of May, 2006.

/s/ Ira Sills
Ira Sills, Esquire

SBK/ts
IS 3401 05-196/motion-sj.doc

2