## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Pasquale S. Politano, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-11109-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| Building Technology Engineers, Inc. | ) | |
| and National Conference of Firemen | ) | |
| and Oilers, SEIU, Local Union No. 3 | ) | |
| of Boston, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pasquale Politano and Defendants Building Technology Engineers, Inc. and National Conference of Firemen and Oilers, SEIU, Local Union No. 3 of Boston, by their respective attorneys, hereby stipulate that the above-captioned case and all claims asserted therein shall be dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: August __, 2006

_____ /s/ _____
Frank J. Teague, Esq.
One Liberty Square, 4th Floor
Boston, MA 02109

Attorney for Plaintiff

Respectfully submitted,

_____ /s/ _____
Vincent F. O'Rourke, Jr. BBO# 380335
Bowditch & Dewey
311 Main Street
P.O. Box 1515
Worcester, MA 01615-0156
508- 926-3424

Gerald S. Hartman D.C. Bar No. 168484
Gregory W. Homer D.C. Bar No. 291922
Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, DC  20005
202-842-8800

Attorneys for Defendant Building
Technology Engineers, Inc.

_____ /s/

Ira Sills, Esq.
Segal, Roitman & Coleman
11 Beacon Street
Boston, MA
Attorneys for Defendant National
Conference Of Firemen And Oilers,
SIEU, Local Union No. 3 Of Boston